UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H.H. and H.H., individually and on behalf of T.H., a child with a disability,

          Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _09/27/2023_

23 Civ. 8345 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    To protect the public health, while promoting the "just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, it is ORDERED pursuant to Rules 30(b)(3) and 30(b)(4) of the Federal Rules of Civil Procedure that all depositions in this action may be taken via telephone, videoconference, or other remote means. It is further ORDERED pursuant to Rule 30(b)(5) that a deposition will be deemed to have taken place "before an officer appointed or designated under Rule 28" if such officer attends the deposition using the same remote means used to connect all other participants, so long as all participants (including the officer) can clearly hear and be heard by all other participants. The parties are encouraged to engage in discovery through remote means at every available opportunity.

    SO ORDERED.

Dated: September 27, 2023
       New York, New York

                                                  ANALISA TORRES
                                       United States District Judge